No. 94–7305.  FRAZIER v. OHIO.  Ct. App. Ohio, Fairfield County.  Certiorari denied.

No. 94–7311.  ALOMA v. UNITED STATES; and
No. 94–7489.  ESPINOSA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7312.  BROWN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–7318.  INGRAM v. THOMAS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 94–7320.  COMBS v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–7323.  SMITH v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–7325.  GRIFFIN v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–7326.  HILL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–7332.  HOUSE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–7333.  FELTON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 94–7338.  NOBLES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–7339.  OLD CHIEF v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–7341.  MCBRIDE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7345.  THOMAS v. HUMFIELD ET AL.  C. A. 5th Cir. Certiorari denied.

No. 94–7347.  BORELAND v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, ET AL.  C. A. 3d Cir.  Certiorari denied.